JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW VOELKER, | ) | Case No.  1:22-CV-00301-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BREIF** |
| | ) | |
| | ) | (Doc. 11) |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to August 29, 2022, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has a very heavy briefing schedule due to the large number of administrative transcripts she is currently receiving.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: July 26, 2022                    JACQUELINE A. FORSLUND
                                       Attorney at Law


                                       */s/Jacqueline A. Forslund*
                                       JACQUELINE A. FORSLUND

                                       Attorney for Plaintiff


Date:  July 26, 2022                   PHILLIP A. TALBERT
                                       United States Attorney
                                       PETER THOMPSON
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       */s/Ellinor R. Coder*
                                       ELLINOR R. CODER
                                       Special Assistant United States Attorney
                                       *By email authorization

                                       Attorney for Defendant


## ORDER

Based upon the foregoing stipulation of the parties (Doc. 11), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including August 29, 2022, in which to file Plaintiff's motion for summary judgment.

**Voelker v. Kijakazi**           **Stipulation and Order**           **E.D. Cal. 1:22-cv-00301-SKO**

All other deadlines set forth in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **July 28, 2022**                                       /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE