JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:              541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW VOELKER, | ) | Case No.  1:22-cv-00301-SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| v. | ) | **PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | (Doc. 13) |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to September 28, 2022, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested as Plaintiff's counsel's calendar is extremely full and she has not yet had adequate opportunity to review this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

1

2

Respectfully submitted,

3

4

Date: August 28, 2022

JACQUELINE A. FORSLUND
Attorney at Law

5

6

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

7

8

Attorney for Plaintiff

9

10

Date:  August 29, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

11

12

13

14

*/s/Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney
*By email authorization

15

16

Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

**Voelker v. Kijakazi**                 **Stipulation and Order**                 **E.D. Cal. 1:22-cv-00301-SKO**

## ORDER

The Court is in receipt of Plaintiff's second Stipulation to Extend Time to File Plaintiff's Opening Brief.  (Doc. 13.)  Pursuant to order granting the parties' first stipulation to extend time to file Plaintiff's Opening Brief (Doc. 12), Plaintiff's opening brief was due on August 29, 2022, the same day on which Plaintiff filed the present second request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules").  Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."  The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4).  However, given that Defendant consents to the request (*see* Doc. 13), the Court GRANTS the request for an extension.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including September 28, 2022, to file Plaintiff's opening brief.  All other dates in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 31, 2022**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

**Voelker v. Kijakazi**                    **Stipulation and Order**                    **E.D. Cal. 1:22-cv-00301-SKO**